# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

Bailey Salcedo

   Defendant.

Case No.: SA19-955 M

ORDER OF DETENTION AFTER HEARING
[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)]

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern D. of CA , for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  allegations she immediately absconded from federal supervision and 11 days later was arrested for new felonies to which she pled guilty.

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___same___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: __12/19/19__

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE